```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
MANUEL RANGEL, individually and on behalf of others                    :
similarly situated,                                                    :
                                                                       :
                              Plaintiff,                               :   21 Civ. 947 (JPC)
                                                                       :
                 -v-                                                   :   ORDER
                                                                       :
ABC MART INC., doing business as ABC Mart, et al.,                     :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

    Plaintiff filed the Complaint in this action on February 3, 2021. (Dkt. 1.) The docket reflects that Defendants Mohammed Doe, Ricky Doe, and Ryan Doe were served with the Complaint on February 8, 2021, making their responses to the Complaint due March 1, 2021. (Dkts. 14-16.) The docket also reflects that Defendant ABC Mart Inc. was served on February 9, 2021, making its response to the Complaint due March 2, 2021. (Dkt. 13.) To date, Defendants have neither responded to the Complaint nor appeared in this action.

    Within one week of the filing of this Order, Plaintiff is ordered to file a status letter with the Court. In that letter, Plaintiff shall inform the Court as to the status of this litigation, including whether it intends to move for default judgment against Defendants.

    SO ORDERED.

Dated: March 10, 2021  
       New York, New York  

                                                JOHN P. CRONAN  
                                               United States District Judge