UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
   :
MANUEL RANGEL, *individually and on behalf of others* :
*similarly situated*,   :
   :
          Plaintiff,   :       21 Civ. 947 (JPC)
   :
    -v-   :        ORDER
   :
ABC MART INC., *doing business as ABC Mart*, et al., :
   :
         Defendants.   :
   :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Defendants' April 19, 2021 letter reflects that Plaintiff consents to vacatur of the certificates of default entered against Defendants if Defendants submit their responses to the Complaint by May 7, 2021. Dkt. 37. On May 7, 2021, Defendants filed their Answer to the Complaint. Dkt. 40. Accordingly, the Clerk of Court is respectfully directed to vacate the certificates of default entered against Defendants on March 15, 2021. Dkts. 27-30.

The Court will refer this case to the Court-annexed Mediation Program and schedule an Initial Pretrial Conference by separate orders.

SO ORDERED.

Dated: May 10, 2021
     New York, New York                 JOHN P. CRONAN
                                  United States District Judge