# Ricotta & Marks, P.C.

*Attorneys at Law*
31-10 37th Avenue, Suite 401
Long Island City, New York 11101
Telephone: (347) 464-8694; Facsimile: (800) 483-4508
www.QueensEmploymentAttorney.com

---

July 2, 2021

<u>Via ECF</u>
Judge John P. Cronan
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

    Re:   <u>Rangel v. ABC Mart Inc. (D/B/A/ ABC Mart), et al.</u>
           Docket No.: 21-CV-00947 (JPC)

Dear Judge Cronan:

    This Firm represents the Defendants in the above-referenced matter. We write, after conferring with opposing counsel, and with their consent, to request an adjournment of the initial conference in this matter, currently scheduled for July 14, 2021. The undersigned is scheduled to start a trial on July 13, 2021 in the Eastern District, Docket Number 17-CV-3187(NGG)(RER), before Judge Garaufis. Additionally, the parties in the matter before the Court have a mediation scheduled for August 13, 2021. Accordingly, it is respectfully requested that the Court adjourn the conference for a date after August 13, 2021, that is convenient for the Court due to my scheduling conflict and to allow the parties an opportunity to resolve this matter in mediation.

    This is the first request for the relief sought. Thank you for Your Honor's time and consideration of this request.

Defendants' request is granted. The Initial Pretrial Conference scheduled for July 14, 2021 at 10:30 a.m. is adjourned to August 26, 2021, at 10:00 a.m.

Respectfully submitted,

RICOTTA & MARKS, P.C.

_____/s_____
Matthew Marks

SO ORDERED.
Date: July 3, 2021
New York, New York

_____
JOHN P. CRONAN
United States District Judge