# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510                Telephone: (212) 317-1200
New York, New York 10165                        Facsimile: (212) 317-1620

catalina@faillacelaw.com

August 17, 2021

**Via ECF**

Hon. Judge John P. Cronan
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

> *The Initial Pretrial Conference scheduled for August 26, 2021 at 10:00 a.m. is adjourned to October 13, 2021 at 2:30 p.m.*
>
> *SO ORDERED.*
> *Date: August 18, 2021*
> *New York, New York*
>
> *JOHN P. CRONAN*
> *United States District Judge*

      Re:      <u>Rangel et al v. ABC Mart Inc. et al</u>
                    1:21-cv-00947-JPC

Dear Judge Cronan:

     Our office represents Plaintiff in the above-captioned matter. We write to respectfully request a brief adjournment of the initial pretrial conference in this matter, which is currently scheduled for Thursday, August 17, 2021, at 10:30 a.m. This is Plaintiff's first request of its kind. Defendants consent to the within request.

     The reason for this request is that our office intends to file an amended complaint adding a new plaintiff to the case. Defendants have consented to our filing the amended complaint and we plan to file a stipulation this week. Taking into account the filing of the amended complaint, the parties also agreed to postpone the mediation until September 30, 2021. The parties are working on trying to reach a resolution of the case in the mediation and thus wish to postpone the conference until after mediation.

     Plaintiff thanks the Court for its time and attention to this matter.

                                                       Respectfully submitted,

                                                       /s/ Catalina Sojo
                                                       Catalina Sojo, Esq.
                                                       Michael Faillace & Associates, P.C.
                                                       *Attorneys for Plaintiffs*

cc:      Matthew Ian Marks, Esq. (via ECF)
           *Attorney for Defendants*