# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

60 East 42nd St. Suite 2540  
New York, New York 10165  
_____

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

October 8, 2021

**VIA ECF**

Hon. Judge John P. Cronan  
United States District Court for the Southern District of New York  
500 Pearl Street  
New York, NY 10007

Re:  Rangel et al v. ABC Mart Inc. et al  
     1:21-cv-00947-JPC

*This request is granted. The conference scheduled for October 28, 2021 is adjourned to November 17, 2021 at 11:30 a.m.*

*SO ORDERED.*
*Date: October 18, 2021*
*New York, New York*

JOHN P. CRONAN  
United States District Judge

Dear Judge Cronan:

This firm represents the Plaintiff in the above-referenced action. I write, pursuant to Your Honor's Order dated September 23, 2021, to apprise the Court of the current status of the mediation scheduled in this matter and to respectfully request an adjournment of the initial conference, currently scheduled for October 28, 2021. This is the parties' second request for an adjournment.

The parties were scheduled to attend a mediation session on September 30, 2021. However, the parties decide to adjourn the mediation to give time for the Plaintiffs to file the First Amended Complaint and for Defendants to review it. The parties will now attend the mediation on November 5, 2021.

In this sense, the parties respectfully request an adjournment of the initial conference until after the mediation scheduled for November 5, since we believe it will be more fruitful to focus our efforts in the mediation session.

I thank the Court for its time and attention to this matter.

Respectfully Submitted,

*/s/Catalina Sojo*  
Catalina Sojo, Esq.  
*Attorney for Plaintiffs*